U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 29, 2013

BY HAND

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Eric Lipkin**
    S3 10 Cr. 228 (LTS)

Dear Judge Swain:

The Government respectfully requests that the sentencing control date for the defendant Eric Lipkin in the above-referenced case, which is currently scheduled for June 7, 2013, be adjourned for six months given Lipkin's continuing cooperation with the Government. James Filan, Esq., counsel to Lipkin, consents to this request.

*The sentencing is adjourned to December 6, 2013, at 2:00pm.*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Julian J. Moore
Lisa A. Baroni
Matthew L. Schwartz
Assistant U.S. Attorneys
(212) 637-2473 / 2405 / 1945

SO ORDERED:
_____ 5/30/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: James Filan, Esq.