USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 27 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-　　　　　　　　　　　　　　　　　　　　No. 10 Cr. 228 (LTS)

ERIC LIPKIN,

            Defendant.
-------------------------------------------------------------X

## ORDER

The sentencing currently scheduled for December 6, 2013, is hereby rescheduled to **Friday, March 14, 2014, at 2:00 p.m.,** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       November 26, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

E.LipkinSentOrd.wpd　　　　version 11/26/13