**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2014

BY ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 755
New York, New York 10007

    Re:    *United States v. Eric Lipkin, David Kugel, Enrica Cotellessa-Pitz, Craig Kugel, and Paul Konigsberg,*
            No. 10 Cr. 228 (LTS)

Dear Judge Swain:

    The sentencing control dates for Eric Lipkin, David Kugel, Craig Kugel, Enrica Cotellessa-Pitz, and Paul Konigsberg is September 19, 2014.  The Government respectfully requests that the control date for each of those defendants be adjourned for approximately six months, in light of their continuing cooperation with the Government.  Thank you for your consideration.

            Respectfully,

            /s/  Matthew L. Schwartz
            MATTHEW L. SCHWARTZ
            Assistant United States Attorney
            Tel.:  (212) 637-1945

cc:    BY ECF

        All defense counsel