Case 1:10-cr-00228-LTS   Document 1145   Filed 09/17/14   Page 1 of 1
Case 1:10-cr-00228-LTS   Document 1139   Filed 09/16/14   Page 1 of 1
Case 1:10-cr-00228-LTS   Document 1136   Filed 09/15/14   Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 7 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 6 2014

September 15, 2014

BY ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 755
New York, New York 10007

Amended Memo Endorsement

Re:   *United States v. Eric Lipkin, David Kugel, Enrica Cotellessa-Pitz, Craig Kugel, and Paul Konigsberg,*
      No. 10 Cr. 228 (LTS)

Dear Judge Swain:

The sentencing control dates for Eric Lipkin, David Kugel, Craig Kugel, Enrica Cotellessa-Pitz, and Paul Konigsberg is September 19, 2014. The Government respectfully requests that the control date for each of those defendants be adjourned for approximately six months, in light of their continuing cooperation with the Government. Thank you for your consideration.

Respectfully,

/s/ Matthew L. Schwartz
MATTHEW L. SCHWARTZ
Assistant United States Attorney
Tel.: (212) 637-1945

cc:   BY ECF

      All defense counsel

*The control date for each is adjourned to March 20, 2015 at 2:00pm.*

**SO ORDERED:**

9/15/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

9/16/14