**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2018

**BY ECF**
The Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

                Re: **United States v. Eric S. Lipkin**
                      S3 10 Cr. 228 (LTS)

Dear Judge Swain:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter.

                                            Respectfully submitted,

                                            GEOFFREY S. BERMAN
                                            United States Attorney

                           By:   _____
                                            LOUIS PELLEGRINO
                                            Assistant United States Attorney
                                            One St. Andrew's Plaza
                                            New York, New York 10007
                                            Tel. (212) 637-2617