UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

ERIC S. LIPKIN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

S3 10 Cr. 228 (LTS)

WHEREAS, on or about May 20, 2015, the Court entered a Amended Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 1345), which ordered the forfeiture to the United States of all right, title and interest of ERIC S. LIPKIN (the "Defendant"), in the following property:

    a) Any and all funds and other property on deposit in TD Bank Account Number 037441396 held in the name of Eric S. Lipkin and Erika Lipkin;

    b) Any and all funds and other property on deposit in TD Bank account number 00004760134696, held in the name of Erika Lipkin;

    c) Any and all funds and other property on deposit in TD Bank NJ UTMA Account No. 00004787565014, custodian Erika Lipkin;

    d) Any and all funds and other property on deposit in TD Bank NJ UTMA Account No. 00004787565105, custodian Erika Lipkin;

    e) Any and all funds and other property on deposit in TD Bank NJ UTMA Account No. 00004787565296, custodian Erika Lipkin;

    f) Any and all funds and other property on deposit in TD Ameritrade Account No. 866352979 held in the name of Erika Lipkin;

    g) Any and all funds and other property on deposit in TD Ameritrade Account No. 863098631 held in the name of Eric S. Lipkin and Erika Lipkin;

    h) Any and all funds and other property on deposit in TD Ameritrade Account No. 862946624 held in the name of Eric S. Lipkin;

      i) Any and all finds and other property on deposit in TD Ameritrade UTMA NJ Account No. 866391217, Custodian Erika Lipkin;

      j) Any and all funds and other property on deposit in TD Ameritrade UTMA NJ Account No. 866391209, Custodian Erika Lipkin;

      k) Any and all funds held in Escrow for Eric S. Lipkin in the Filan LLC Trustee Account;

      l) One Ladies Stainless Steel Model WAF141C Tag Heurer Watch;

      m) One Gents Stainless Steel Model 162344 Rolex Watch;

(a – m collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States should, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov)

beginning on October 18, 2018, for thirty (30) consecutive days, through November 16, 2018, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on December 19, 2018 (D.E. 1515);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and his wife, Erika Lipkin, are the only people and/or entity known by the Government to have a potential interest in the Specific Property;

WHEREAS, consistent with the terms of the Preliminary Order of Forfeiture, Erika Lipkin consented to the forfeiture of the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4. The Clerk of the Court shall forward four certified copies of this Final Order of Forfeiture to Assistant United States Attorney Alexander J. Wilson, Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
December _____, 2018

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE